# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

Case No.  6:06-md-1769-Orl-22DAB

**CHARLES RAY,**

            **Plaintiff,**

**-vs-**

Case No.  6:07-cv-11102-Orl-22DAB

**ASTRAZENECA PHARMACEUTICALS LP, ET AL**

            **Defendants.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   **MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 11)**
>
> **FILED:**   September 24, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot,** in light of Doc. No. 12.
>
> **MOTION:**   **CORRECTED MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 12)**
>
> **FILED:**   September 24, 2008
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed for failure to prosecute and abandonment of his claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record