## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**CHARLES M. RAY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-11102-Orl-22DAB**

**ASTRAZENECA LP, ET AL.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Corrected Motion to Withdraw As Attorney (Doc. 12) filed on September 24, 2008.

The United States Magistrate Judge has submitted a report recommending that the motion be denied and further recommending that the case be dismissed for failure to prosecute and abandonment of his claim due to Plaintiff's failure to respond to counsel and the Court's Order to Show Cause.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 9, 2008 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Corrected Motion to Withdraw As Attorney (Doc. 12) is **DENIED**.

3. All of Plaintiff's claims against all Defendants are hereby **DISMISSED** without prejudice for failure to prosecute and abandonment of his claim.

    4.      All other pending motions are **DENIED** as moot.

    5.      The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 28, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

                                          ANNE C. CONWAY  
                                          United States District Judge